# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN T. KIM, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP, INC.; BANANA REPUBLIC; SYNCHRONY BANK, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-11452-RGK-KS<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TO COMPEL ARBITRATION AND STAY ACTION**<br><br>[Notice of Motion and Motion to Compel Arbitration, Declaration of Joline White and Request for Judicial Notice filed concurrently]<br><br><u>Hearing</u><br>Date:   April 26, 2021<br>Time:   9:00 a.m.<br>Courtroom: 850<br><br>Action Filed:  December 18, 2020 |

1

## [PROPOSED] ORDER

2      Having reviewed and considered the Motion of Defendants Synchrony Bank,

3 The Gap, Inc. and Banana Republic (Apparel), LLC ("Defendants") to Compel

4 Arbitration and Stay Action (the "Motion"), the submissions of the parties related

5 thereto and the argument of counsel, the Court finds that a valid and enforceable

6 written agreement to arbitrate exists between plaintiff Christian T. Kim ("Plaintiff")

7 and Defendants that encompasses Plaintiff's claims against Defendants in this action

8 and mandates arbitration on an individual basis.  Under the Federal Arbitration Act, 9

9 U.S.C. §§ 1-16, the parties' arbitration agreement must be enforced as written, and

10 Plaintiff's claims against Defendants must be individually arbitrated rather than

11 litigated in this court.  The Court hereby **GRANTS** the Motion and **ORDERS** that

12 Plaintiff shall arbitrate his claims against Defendants, on an individual basis,

13 pursuant to the terms of the parties' arbitration agreement.  The action is **STAYED**

14 pending completion of arbitration.

15

16      **IT IS SO ORDERED.**

17  Dated: _____    _____

18                                        Hon. R. Gary Klausner
                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

1  **<u>CERTIFICATE OF SERVICE</u>**

2  I hereby certify that on February 12, 2021, a copy of the foregoing

3  **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TO**

4  **COMPEL ARBITRATION AND STAY ACTION** was filed electronically and

5  served by mail on anyone unable to accept electronic filing.  Notice of this filing will

6  be sent by e-mail to all parties by operation of the court's electronic filing system or

7  by mail to anyone unable to accept electronic filing as indicated on the Notice of

8  Electronic Filing.  Parties may access this filing through the court's EM/ECF

9  System.

10

11                                              */s/ Julia B. Strickland*

12                                              Julia B. Strickland

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 2:20-cv-11452-RGK-KS

LA 52529947