JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN T. KIM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC.; BANANA REPUBLIC; SYNCHRONY BANK, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11452-RGK-KS<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**  [42]<br><br>Action Filed: December 18, 2020 |

///

///

///

Upon consideration of the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice as to Defendants Gap, Inc., Banana Republic, and Synchrony Bank pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 31, 2022

_____
Honorable R. Gary Klausner
United States District Judge